# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BARON GEMMER, LIZ OTWELL,
STEPHEN FALK, LISA WARNER,
SHANNON WARNER, LESLEY
BOSNIAK

               v.

RADNOR TOWNSHIP AND NORCINI
BUILDERS, INC.

PETITION OF: JAMES D. SCHNELLER

: No. 240 MAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2015, the Petition for Allowance of Appeal and the Application for Reconsideration and for Court Review of Order Denying Leave to Proceed In Forma Pauperis are **DENIED**.